UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DUSTIN ANTHONY ADAMS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 3:12-0787 |
| v. | ) | Judge Trauger/Brown |
| | ) | **Jury Demand** |
| CHARLES BOUGKER, | ) | |
| | ) | |
| Defendant | ) | |

**O R D E R**

The Plaintiff has filed a request that the sole remaining Defendant in this case, Charles Bougker, be served at an address provided. This motion is **GRANTED**.

Since service by mail has failed, the Marshals Service is requested to attempt personal service on Mr. Bougker as soon as their schedule will conveniently permit.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge