IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DUSTIN ANTHONY ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-0787 |
| | ) | Judge Trauger |
| CHARLES BOUGKER, | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On September 12, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 38), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with Rule 4(m), Fed. R. Civ. P.

It is so **ORDERED**.

ENTER this 7th day of October 2013.

_____
ALETA A. TRAUGER
U.S. District Judge